**HONORABLE RONALD B. LEIGHTON**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSSELLVILLE II, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>LIBERTY NORTHWEST INSURANCE CORPORATION,<br><br>    Defendant. | Case No. 3:14-CV-05553 RBL<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO REMAND |

Plaintiff has moved for leave to remand this matter to Clark County Superior Court. Defendant does not oppose the motion. Upon reviewing the motion, and cause appearing therefore,

IT IS HEREBY ORDERED that this matter is remanded to Clark County Superior Court.

Dated this 20th day of July, 2015.

*/s/ Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

Presented by:

s/ Kevin S. Mapes
Kevin S. Mapes, WSBA No. 40416
Ball Janik LLP
101 SW Main Street, Suite 1100
Portland, OR  97204
*Attorneys for Plaintiff Russellville II, LLC*

ORDER GRANTING PLAINTIFF'S
MOTION TO REMAND - 1
(No. 3:14-cv-05553 RBL)

Ball Janik LLP
101 SW Main Street, #1100
Portland, OR  97204
Telephone 503.228.2525