

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
Tacoma
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402
(253) 882-3800

FILED
RECEIVED
LODGED
JUL 28 2015
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

**WILLIAM M. MCCOOL**
District Court Executive
Clerk of Court

**LORI LANDIS**
Chief Deputy Clerk

July 21, 2015

COPY
ORIGINAL FILED
JUL 23 2015
Scott G. Weber, Clerk, Clark Co.

Clark County Superior Court
Clerk's Office
1200 Franklin Street
P.O. Box 5000
Vancouver, WA 98666-5000

RE: Russellville II LLC v. Liberty Mutual Insurance Co., 3:14-cv-05553-RBL
    Clark County Superior Court, 14-2-01552-0

Dear Clerk:

Enclosed please find a certified copy of Judge Ronald B. Leighton's Order remanding this case back to state court. Also included is a certified copy of the docket sheet.

Please return the copy of this cover letter with the following information:

Superior Court Case No:       14-2-01552-0
Assigned to Judge:            Gregory M. Gonzales
Completed by Deputy Clerk:    CMares

Sincerely,

Gayle M. Riekena, Deputy Clerk

Enclosures

cc:  all counsel
     court file